No. 71–20   Robert DeFrees, SP–4, U. S. Army v LTG John H. Hay, Commanding General, Fort Bragg, North Carolina and MAJ Cornelius Creeden, Stockade Commander, Fort Bragg, North Carolina.

ORDERED:

That said Petition be, and the same is hereby, dismissed for failure to set forth a basis for the relief sought.